1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant ARRINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 1-05-0008 (Eureka) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER CONTINUING RULE 20 PROCEEDINGS |
| CHARLES ANTHONY ARRINGTON, | ) | |
| Defendant. | ) | |

## STIPULATION

The parties agree to continue the Rule 20 hearing in the above-captioned matter from June 23, 2005 until June 24, 2005 at 9:30 a.m. The purpose of the continuance is due to scheduling needs of defense counsel. United States Pretrial Officer Jill Brenney has been contacted by defense counsel regarding the continuance, and if so signed, defense counsel will provide Pretrial Services with a copy of this order.

It is so stipulated.

DATED: 6-21-05

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: 6-21-05

JEFFREY FINIGAN
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 6-21-05

THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE